WILLIAM B. OSGOOD FIELD, Appellant, Respondent, v. ERIKA SEGNITZ FIELD, Respondent, Appellant. (Appeal No. 1.) — Action for separation by plaintiff husband against defendant wife, in which the wife counterclaimed for a separation. Plaintiff appeals and defendant cross-appeals from an order granting defendant alimony and counsel fee. Order modified by inserting in the second ordering paragraph, immediately following the words " to be paid by the plaintiff to the · defendant on Thursday of each week until," the following: " the first day of the month after the date of the entry of the order hereon, and from and after said date alimony *pendente lite* at the rate of $750 per month, payable on the first day of each month thereafter until;" by reducing the award of $10,000, as counsel fees, to the sum of $5,000, to be paid within fifteen days from the entry of the order hereon; and by striking from the third ordering paragraph the provisions for the payment of counsel fees in two installments. As thus modified, the order is affirmed, without costs. The modification with respect to the alimony in the exercise of discretion is not to take effect until the first day of the month after the entry of the order hereon because the progress of the litigation has been such that the wife has been led into living on a scale commensurate with the larger amount heretofore allowed, the continuance of which larger amount is not warranted by the record herein. (*Vose* v. *Vose*, 255 App. Div. 1012; affd., 280 N. Y. 779; *Chesebrough* v. *Chesebrough*, 256 App. Div. 947; *Chesebrough* v. *Chesebrough* [*Action No. 2*], ante, p. 733.) This separation action should be tried without further delay. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

WILLIAM B. OSGOOD FIELD, Appellant, v. ERIKA SEGNITZ FIELD, Respondent. (Appeal No. 2.) — In an action for a separation plaintiff appeals from an order allowing defendant $500 counsel fees to defend the appeal taken by plaintiff and to prosecute her cross-appeal. Order, entered upon reargument, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

AL J. HENNING, as Receiver in Supplementary Proceedings of S. LASALA & SONS, INC., a Domestic Corporation, Appellant, v. DOLLAR SAVINGS BANK, Respondent, and STEFANO LASALA, Defendant.— Plaintiff appeals from an order granting respondent's motion to strike from the files of the court in this action " Proposed Findings of Fact and Conclusions of Law." Order affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.